IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-02-79-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JABIN ALLEN WHITLOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant was sentenced before this Court on June 19, 2003.  *See* Judgment, Docket No. 862.  Defendant subsequently appealed his conviction and sentence to the Ninth Circuit Court of Appeals.  The Ninth Circuit issued its Memorandum Decision on July 7, 2005, affirming his conviction except as to the failure to dismiss the conspiracy charge in Count I of the Superseding Indictment.  The Ninth Circuit remanded the case to this Court for resentencing in light of (1) *United States v. Ameline*, 409 F. 3d 1073, 1084-85 (9th Cir. 2005) (en banc), and (2) the dismissal of Count I of the Superseding Indictment.

The procedures set forth in *Ameline* provide (1) that the Defendant have an opportunity to opt out of resentencing by promptly notifying this Court that

**Order - 1**

resentencing will not be sought; (2) that the Court obtain the views of counsel as to why resentencing is warranted; and (3) that the Court, with or without a hearing, make a determination as to whether the sentence would have been materially different had the Guidelines been advisory at that time. *Id.*

Ordinarily, the Court would not schedule resentencing unless and until it made a determination that the sentence would have been materially different. However, because Defendant is to be resentenced based in part on dismissal of the conspiracy charge, the Court will schedule the resentencing at this time. Accordingly,

IT IS HEREBY ORDERED that resentencing in this matter shall be held on **October 19, 2005 at 1:00 p.m.** before the Honorable B. Lynn Winmill, in **Boise, Idaho**.

IT IS FURTHER HEREBY ORDERED that Defendant shall within thirty (30) days from the date of this Order file a brief stating any grounds upon which he contends that the Court should vary from the guidelines in resentencing based on dismissal of the conspiracy charge.

IT IS FURTHER HEREBY ORDERED that the Government shall file a

responsive brief within twenty-one days from the date Defendant's brief is filed.



DATED:  **August 11, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**